**DISMISS; and Opinion Filed August 5, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00403-CV**

**COLE & COLE, P.C. AND ROBERT COLE, JR., Appellants**
**V.**
**SEAN DYAR, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04261**

# MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Nowell
Opinion by Justice Molberg

Seeking to appeal the trial court's interlocutory order denying their appeal of the associate judge's order granting Sean Dyar's motion to set aside a default judgment, Cole & Cole, P.C. and Robert Cole, Jr. have filed a petition for permissive interlocutory appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P. 28.3, 42.3(a).

/Ken Molberg/
KEN MOLBERG
JUSTICE

WHITEHILL, J., dissenting without opinion.

190403F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

COLE & COLE, P.C. AND ROBERT
COLE, JR., Appellants

No. 05-19-00403-CV          V.

SEAN DYAR, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-04261.
Opinion delivered by Justice Molberg,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sean Dyar recover his costs, if any, of this appeal from appellants Cole & Cole, P.C. and Robert Cole, Jr.

Judgment entered this 5th day of August, 2019.